IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

ROMARIO VERMOND WALLER                                                    PLAINTIFF

VS.                                  Civil No. 07-CV-1029

CHERYL COCHRAN WILSON,
TERRI MILLS, JAMIE PRATT,
JEFFREY C. ROGERS and
HAM SINGLETON                                                             DEFENDANT

## ORDER

Now on this 18th day of December, 2007, comes on for consideration the proposed findings and recommendations filed herein on November 29, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the Plaintiff's Complaint should be and is hereby dismissed in its entirety on the grounds the named Defendants are immune from suit for purposes of Section 1983 or *Bivens* liability. *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(IFP action may be dismissed on such grounds at any time). Further, the Plaintiff's Motion for an Order directing Service (Doc. 12) and Motion to Amend the Complaint (Doc. 13) are denied as moot..

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**